UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PLACIDO ESCOTO,

                Plaintiff,

– against –

ALLERTON REALTY GROUP LLC, *et al.*

                Defendants.

**ORDER**

22-cv-8722 (ER)

Ramos, D.J.:

      On February 12, 2024, the parties informed the Court that they had settled and sought thirty days to submit their agreement and motion for settlement approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). Doc. 61. The Court directed the parties to file their settlement submissions by March 13, 2024. Doc. 62. At the parties' request (Doc. 63), the Court extended the deadline for parties to file their settlement submissions until April 3, 2024 (Doc. 64).

      However, to date, parties still have not filed their settlement submissions. The parties are again directed to file their settlement submissions, and the deadline is extended to April 30, 2024.

      It is SO ORDERED.

Dated:   April 15, 2024
             New York, New York

                                                          Edgardo Ramos, U.S.D.J.